UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

STATE AUTOMOBILE MUTUAL
INSURANCE COMPANY,                                                                                  Plaintiff,

v.                                                                              Civil Action No. 3:19-cv-513-DJH-RSE

ST. STEPHEN'S CEMETERY
ASSOCIATION et al.,                                                                              Defendants.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal without prejudice signed by all parties who have appeared. (Docket No. 62) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

August 4, 2021

David J. Hale, Judge
United States District Court